

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00897-CV

**IN THE INTEREST OF E.P.A. AND E.C.A.**, Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02451
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Mom's brief was due on February 13, 2023. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom moved for a ten-day extension of time to file her brief.

The motion is GRANTED. Mom's brief is due on February 23, 2023.

It is so **ORDERED** on February 15, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT